5:18-cv-0489

U.S. District Court Western District of Louisiana
U.S. Courthouse
300 Fannin St. Suite 1167 Shreveport LA. 71101 3083

RECEIVED
APR 02 2018
TK
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

George Wyatt Jr Lisa M. Hill Wyatt
Plaintiff(s)                    17 CV 6256 C-M

vs                              3:15 CV 3281 Aug 11, 2016

Wyatt vs. Valero Service Gasline Station
Defendant(s)                    42. U.S. code 2202

To Honorable Judge XYZ Commission enter FRCP Rule 55 defaults.
Motion To Suppress Evidence For lien suppress
1961  1962  1963A  1963  1964.

Come now the plaintiff to registration enforce payment of liens in The Amount of $75,000,000,000.00 Cash lien against Valero Service Gasline Service Station in Texas State in Dallas County TX.

Wish to deposit in an account 213 8520 for these plaintiff has won his claims against defendant. dismissal without prejudice FRCP Rule 41-A-B won on the merits A certified Judgment 17 CV 6256-C-M NY. Aug 18 2017 by 2nd Cir Co of Cir court of Appeals Colleen Mc-Mahon chip U.S. District Judge Rule 57 Wyatt has won.

Resource one credit union PO BOX 660077 Dallas TX 75204
deposit 2138520 MR George Wyatt JR. 103 Rock Creek Drive Cedar Hill Texas 75104  Title 42-2202 See Rule 65A 65.01 injunctions reliefs Wyatt G, JR. L.M Hill Wyatt   0328 2018